IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:16-CR-118 |
| vs. | : | Magistrate Judge Michael J. Newman |
| RICKY MILBY, | : | |
| Defendant. | : | |

### UNOPPOSED MOTION TO MODIFY BOND

Now comes Ricky Milby, by and through counsel, and respectfully requests that this Court modify the Order Setting Conditions of Release by removing the condition that he continue or actively seek employment. This request is based on the fact that Mr. Milby is currently receiving social security disability.

Granted,
MJN
11/3/16

1

Counsel has informed counsel for the government and United States Pretrial of this request for bond modification and they have no objection to this modification.

Respectfully submitted,

DEBORAH L. WILLIAMS
FEDERAL PUBLIC DEFENDER


s/F. Arthur Mullins
F. Arthur Mullins (0080483)
Assistant Federal Public Defender
Fifth Third Center, Suite 490
One South Main Street
Dayton, Ohio 45402
(937) 225-7687
Art_Mullins@fd.org

Attorney for Defendant
Ricky Milby


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon Julie McCammon, Special Assistant United States Attorney, by electronic mail, this 2nd day of November, 2016.

s/F. Arthur Mullins
F. Arthur Mullins